IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JORGE LUIS RIVAS,** | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | EP-26-CV-00030-DB |
| | § | |
| **KRISTI NOEM**, *Secretary of Homeland Security, et al.*, | § | |
|     Respondents. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Petitioner's "Stipulation of Voluntary Dismissal," ECF No. 8, filed on January 23, 2026. Therein, Petitioner's counsel advised the Court that "Petitioner, by agreement of Respondent, hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a). . . ." *Id.* at 1. After due consideration, the Petitioner's stipulation is granted.

Accordingly, **IT IS HEREBY ORDERED** the Petitioner's "Stipulation of Voluntary Dismissal," ECF No. 8, is **GRANTED.**

**IT IS FURTHER ORDERED** the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that Petitioner's "Notice of Noncompliance with Court Order and Motion for Order to Show Cause Why Respondents Should Not Be Held in Contempt," ECF No. 6, is **DENIED AS MOOT**.

**SIGNED** this **26th** day of **January 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**